**EASTWAY WRECKER SERV., INC. v. CITY OF CHARLOTTE**

[360 N.C. 167 (2005)]

EASTWAY WRECKER SERVICE, INC. v. CITY OF CHARLOTTE

No. 467A04

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 165 N.C. App. 639, 599 S.E.2d 410 (2004), affirming an order entered on 6 January 2003 by Judge Albert Diaz in Superior Court, Mecklenburg County. Heard in the Supreme Court 18 October 2005.

*The Odom Firm, PLLC, by T. LaFontine Odom, Sr. and Thomas L. Odom, Jr., for plaintiff-appellant.*

*Office of the City Attorney, by Cynthia L. White, Senior Assistant City Attorney, and Moore & Van Allen, PLLC, by Daniel G. Clodfelter, for defendant-appellee.*

PER CURIAM.

AFFIRMED.